OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

PRESORTED
FIRST CLASS

ZIP 78701
02 1W
0001401623 JUN. 03. 2015

US POSTAGE $ 000.27⁵ PITNEY BOWES

5/28/2015
GRIGGS, EDGAR
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Tr. Ct. No. 122975-A          WR-83,365-01

Abel Acosta, Clerk

EDGAR GRIGGS
TELFORD UNIT - TDC # 1771618
3899 STATE HWY 98
NEW BOSTON, TX 75570

Return to sender